An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES KEVIN MACK, SR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62206

FILED

JUN 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying a motion to correct an illegal sentence.[1] Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

In his motion filed on June 29, 2012, appellant claimed that he was improperly adjudicated a habitual criminal. Appellant failed to demonstrate that his sentence was facially illegal or that the district court lacked jurisdiction. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). We therefore conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

13-17398

cc:    Hon. Scott N. Freeman, District Judge
       James Kevin Mack, Sr.
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk